**Order filed October 6, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00594-CV
———————

**HALA  TASHIN ISSA, Appellant**

**V.**

**HELMI BASHAR  ABBOUSHI, Appellee**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV-28984**

## O R D E R

This is an appeal from a judgment signed May 3, 2022. Appellant timely filed a post judgment motion.[1] The notice of appeal was due August 1, 2022. *See* Tex. R. App. P. 26.1(a). Appellant, however, filed the notice of appeal on August 12, 2022, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed

---

[1] Appellant filed a premature request for findings of fact and conclusions law which served to extend the appellate deadline to 90 days. *See* Tex. R. App. P. 26.1(a)(4), 27.2; Tex. Fam. Code Ann. § 153.258.

within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we order appellant to file a proper motion to extend time to file the notice of appeal within ten (10) days of the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.